AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Columbia

United States of America

v.

Matthew Thomas Purse (AKA: Matt)

_____
Defendant

)
)
)
)
)
)
)

Case: 1:21-mj-00475
Assigned To : Harvey, G. Michael
Assign. Date : 06/25/2021
Description: Complaint w/ Arrest Warrant

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

(name of person to be arrested)    Matthew Thomas Purse    ,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☒ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) - Entering and Remaining in a Restricted  Building or Grounds ;
18 U.S.C. § 1752(a)(2) - Disorderly and Disruptive Conduct in a  Restricted Building or Grounds;
40 U.S.C. § 5104(e)(2)(D) - Disorderly Conduct in a Capitol Building;
40 U.S.C. § 5104(e)(2)(G) - Parading, Demonstrating, or Picketing in a Capitol Building .

Date:    06/28/2021

Digitally signed by G.
Michael Harvey
Date: 2021.06.28
10:12:42 -04'00'

_____
Issuing officer's signature

City and state:    Washington, D.C.    G. Michael Harvey, U.S. Magistrate Judge

_____
Printed name and title

## Return

This warrant was received on (date)  06/29/2021 , and the person was arrested on (date)  07/09/2021
at (city and state)  Irvine, CA

Date:  7/9/2021

_____
Arresting officer's signature

Justin Smot   Special Agent

_____
Printed name and title