UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Case No. 21-cr-512 (PLF) |
| : | |
| MATTHEW THOMAS PURSE, : | |
| : | |
| Defendant. : | |

**JOINT STATUS REPORT**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and counsel for Matthew Thomas Purse ("the defendant"), hereby submit the following Joint Status Report:

1. On August 6, 2021, the government obtained an indictment, ECF 9, charging the defendant with violations of 18 U.S.C. §§ 1512(c)(2) and 2, 1752(a)(1) and (a)(2), and 40 U.S.C. §§ 5104(e)(2)(D) and (e)(2)(G).

2. Based on negotiations between the parties, the United States extended a formal plea offer to the defendant on March 3, 2022. The defendant has not accepted the offer.

3. The United States continues to provide global discovery (i.e., discovery that is not specific to this case) to the defense.

4. The parties have continued to discuss a resolution of this case; however, the defense intends to file the motion mentioned during the March 3 status conference seeking to dismiss the indictment.

5. With the approval of this Court, the defense will file its motion on or before March 31, 2022. The United States has no objection to the March 31, 2022 filing date, and with the agreement of the defense, will file its response within 21 days from the date the

defense files the motion to dismiss. The parties agree that the defense will file a reply, if any, within seven days thereafter.

6. In its March 3, 2022 Minute Order, this Court excluded time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., through March 24, 2022. The parties believe it is in the continued interest of justice to toll the Speedy Trial Act and request a tolling of the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A), based on the factors described in 18 U.S.C. 3161(h)(7)(B)(i) and (iv), as well as 18 U.S.C. § 3161(h)(1)(G). Therefore, the parties request an exclusion of time under the Speedy Trial Act from March 24, 2022, through March 31, noting that the filing of the defendant's motion will continue to generate additional exclusion of time.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney

By:

/s/
Karen Rochlin
DC Bar No. 394447
Capitol Riot Detailee
99 N.E. 4th Street
Miami, Florida 33132
karen.rochlin@usdoj.gov
(786) 972-9045

/s/
Hilary Potashner, Esq.
Stephen G. Larson, Esq.
555 South Flower Street, Suite 4400
Los Angeles, California   90071
(213) 205-2750
hpotashner@larsonllp.com
slarson@larsonllp.co