# EXHIBIT F

**From:** Wildland Structure Fire Defense <████████>
**Sent:** Monday, July 18, 2022 10:06 AM
**To:** Joel Osborne <Joel_Osborne@idp.uscourts.gov>
**Subject:** Purse, Matthew T. Transfer request

**CAUTION - EXTERNAL:**

Good morning, Officer Osborne,

Officer Trabucco ( Christopher_Trabucco@cacp.uscourts.gov ) suggested I reach out to you to see if you have heard anything from DC regarding my transfer request? Officer Trabucco had sent several requests to DC ( John.Copes@psa.gov ) and has yet to receive a response. Curious if you have heard anything.

*As I understand it, DC is my primary pre trial probation and Officer Trabucco in California is acting as curtesy supervision for DC, which we are requesting to switch to you in Idaho. .

Thanks much,

Matt Purse