# EXHIBIT H

**From:** Joel Osborne <Joel_Osborne@idp.uscourts.gov>
**Sent:** Monday, July 25, 2022 8:47 AM
**To:** Wildland Structure Fire Defense <███████████>
**Cc:** Joey Trabucco <Christopher_Trabucco@cacp.uscourts.gov>
**Subject:** RE: Purse Transfer request

Matt, D.C. has sent us a request for courtesy supervision and has approved your relocation. When do you plan on arriving?



**Joel Osborne**
**Senior U.S. Probation Officer**
**District of Idaho**
joel_osborne@idp.uscourts.gov
**(208) 334-9961**