UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**MATTHEW THOMAS PURSE,**<br><br>Defendant. | Case No. 1:21-cr-00512-PLF |

## NOTICE OF FILING SUPPLEMENTAL AUTHORITY

NOW COMES the United States of America, through undersigned counsel, and respectfully provides notice of the decision in *United States v. Fischer*, No. 22-3038, 2023 WL 2817988 (D.C. Cir. Apr. 7, 2023) attached hereto, which the United States submits as supplemental authority for its response, ECF 35, in opposition to the defendant's motion to dismiss the Indictment, ECF 9.

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar No. 481052

 /s/ *Karen Rochlin*
KAREN ROCHLIN
DC Bar No. 394447
Assistant United States Attorney Detailee
U.S. Attorney's Office
Southern District of Florida
99 N.E. 4th Street
Miami, Florida  33132
(786) 972-9045
Karen.Rochlin@usdoj.gov