UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MATTHEW PURSE,<br><br>            Defendant. | CASE NO. 1:21-CR-00512-PLF<br><br>**Honorable Paul L. Friedman**<br>**United States District Judge** |

**MATTHEW PURSE'S UNOPPOSED MOTION FOR LEAVE TO SUBMIT SUPPLEMENTAL BRIEF IN SUPPORT OF HIS MOTION TO DISMISS**

Defendant Matthew Purse, by and through his attorneys of record, hereby requests that the Court the Parties to submit supplemental briefing to address the implications of the D.C. Circuit's recent opinion in *United States v. Fischer*, No. 22-3038, 2023 WL 2817988, at *1 (D.C. Cir. Apr. 7, 2023) on his pending Motion to Dismiss the Indictment.

In support, undersigned counsel submits as follows:

1. Mr. Purse filed his Motion to Dismiss the Indictment on March 31, 2022 [Doc. 34], the government filed its Opposition on April 21, 2022 [Doc. 35], and Mr. Purse filed his Reply on April 28, 2022 [Doc 35].

2. Recently, on April 7, 2023, the D.C. Circuit issued an opinion in *Fischer* regarding the scope of 18 U.S.C. 1512(c)(2), which is one of the claims brought against Mr. Purse in the Indictment. Given the length and complexity of the *Fischer* opinion (it is over 100 pages long and consists of a concurrence and dissent), Mr. Purse believes that the Court would benefit from supplemental briefing regarding the implications that the *Fischer* opinion has on Mr. Purse's pending motion.

1

3. Undersigned counsel discussed this request with the government's counsel, who has no objection to this request but requested the opportunity to file an opposition brief discussing *Fischer* as well.  Accordingly, the Parties agreed that if the Court allows Mr. Purse to file a supplemental brief, the government will have two (2) weeks to file an opposition brief and Mr. Purse will have one week to file an optional reply.

WHEREFORE, Mr. Purse respectfully requests that the Court permit him to file a supplemental brief within two (2) weeks from the date of the Court's Order, that the government shall have two (2) weeks from the date the supplemental brief is filed to file an opposition, and that Mr. Purse shall have one week from the date that the opposition is filed to file an optional reply brief.

Dated:  April 12, 2023

Respectfully submitted,

LARSON LLP

By:     /s/ Stephen G. Larson
Stephen G. Larson (Bar 1046780)
Hilary Potashner (Admitted *pro hac vice*)
LARSON LLP
555 S. Flower Street
Suite 4400
Los Angeles, CA  90071
Tel: (213) 436-4888
Attorneys for Defendant Matthew Purse