UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v.   : | Case No. 21-cr-512 (PLF) |
| : | |
| MATTHEW THOMAS PURSE, : | |
| : | |
| Defendant.   : | |

**JOINT STATUS REPORT**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and counsel for Matthew Thomas Purse ("the defendant"), hereby submit the following Joint Status Report:

1. On August 6, 2021, the government obtained an indictment, ECF 9, charging the defendant with violations of 18 U.S.C. §§ 1512(c)(2) and 2, 1752(a)(1) and (a)(2), and 40 U.S.C. §§ 5104(e)(2)(D) and (e)(2)(G).

2. On March 31, 2022, the defendant moved to dismiss all charges in the indictment. ECF 34. The portion of the motion seeking dismissal of Count One of the indictment raised arguments that were ultimately addressed in *Fischer v. United States*, 144 S. Ct. 2176 (2024). In *Fischer*, the Court ruled that to prove a violation of 18 U.S.C. § 1512(c)(2), "the Government must establish that the defendant impaired the availability or integrity for use in an official proceeding of records, documents, objects, or … other things used in the proceeding, or attempted to do so." *Id*. at 2190 (remanding the case to the D.C. Circuit for an assessment of *Fischer* in light of the Court's decision).

3. On July 3, 2024, the Court directed the parties to file a joint status report and suggested that the report include a schedule for supplemental briefing that addressed the portion

of the defendant's motion to dismiss relating to Count One of the indictment. July 3, 2024 Minute Order.

4. After the parties filed the joint status report, ECF 54, this Court directed the parties to file a joint status report on or before September 10, 2024.   July 15, 2024 Minute Order.

5. The United States has filed a superseding information, ECF 55, that removes the charge under Section 1512(c)(2) that previously appeared in Count One of the indictment. The superseding information includes the misdemeanor charges addressed in the remaining portion of the defendant's motion to dismiss.

6. Because the United States has elected to proceed under the superseding information, the parties submit that the portion of the defendant's motion seeking dismissal of the Section 1512(c)(2) charge in what was formerly Count One is now moot, and supplemental briefing addressing *Fischer* would no longer be useful.

7. The parties will proceed in accordance with a ruling from this Court addressing the misdemeanor counts that the defendant has moved to dismiss.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney

By:

/s/*Karen Rochlin*
Karen Rochlin, AUSA
DC Bar No. 394447
Capitol Riot Detailee
99 N.E. 4th Street
Miami, Florida 33132
karen.rochlin@usdoj.gov
(786) 972-9045

/s/*Hilary Potashner, Esq.*
Stephen G. Larson, Esq.
Hilary Potashner, Esq.
555 South Flower Street, 30th Floor
Los Angeles, California 90071
(213) 205-2750
slarson@larsonllp.com
hpotashner@larsonllp.com