UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v.  : | Case No. 21-cr-512 (PLF) |
| : | |
| **MATTHEW THOMAS PURSE,** : | |
| : | |
| **Defendant.** : | |

**JOINT STATUS REPORT**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and counsel for Matthew Thomas Purse ("the defendant"), hereby submit the following Joint Status Report:

1. On September 25, 2024, the Court directed the parties to meet on a number of issues, including whether this matter could be resolved prior to trial; whether the parties could reach an agreement regarding a modification to Mr. Purse's pretrial release conditions; and whether the parties would be in a position to file supplemental briefing (if any) on the pending motion to dismiss, ECF 34, by October 16, 2024. The Court indicated it would be amenable to giving the parties additional time to file any supplemental briefing should it be requested. The Court directed the parties to file a joint status report by October 16, 2024.

2. On October 8, 2024, defense counsel and the government met and conferred on the issues raised during the September 25, 2024, status conference. Counsel were unable to reach a settlement in this matter or agree to any modifications to Mr. Purse's conditions of release. Counsel did agree to jointly request an extension to November 6 to file supplemental briefing, if any, with respect to the pending motion to dismiss,

ECF 34. Defense Counsel also advised the government that it intended to file a motion for a bond modification by that same date.

3. Accordingly, the parties hereby request that the October 16, 2024, deadline for the filing of supplemental briefing, if any, on the motion to dismiss, ECF 34, be extended to November 6, 2024.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney

By:

/s/ Karen Rochlin
Karen Rochlin
DC Bar No. 394447
Capitol Riot Detailee
99 N.E. 4th Street
Miami, Florida 33132
karen.rochlin@usdoj.gov
(786) 972-9045

/s/ Stephen G. Larson
Stephen G. Larson, Esq.
DC Bar No. 1046780
Hilary Potashner, Esq.
Admitted *Pro Hac Vice*
555 South Flower Street, 30th Floor
Los Angeles, California 90071
(213) 205-2750
slarson@larsonllp.com
hpotashner@larsonllp.com