UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| **v.** : | Case No. 21-cr-512 (PLF) |
| : | |
| **MATTHEW THOMAS PURSE,** : | |
| : | |
| **Defendant.** : | |

## JOINT STATUS REPORT

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and counsel for Matthew Thomas Purse ("the defendant"), hereby submit the following Joint Status Report pursuant to this Court's Order, ECF 64:

1. The defendant currently intends to proceed to trial.

2. The defendant is requesting a jury trial.

3. The United States expects to complete its case-in-chief within three days. With that information, the defense estimates the length of trial is 6 days.

4. The parties propose the following schedule for the filing of pretrial motions:

    a. Other than *Daubert* motions, pretrial motions such as those listed in the Court's order shall be filed by February 12, 2025.

    b. Responses shall be filed no later than February 26, 2025.

    c. Replies, if any, shall be filed within seven days of the opposing party's response.

5. The parties have further agreed to make disclosures for expert witnesses, if any, by February 12, 2025, and propose that any resulting *Daubert* motions shall be filed by February 26, 2025.

6. The parties have agreed to exchange exhibits one week before the date of a pretrial conference.

7. The parties have arrived at the schedule for pretrial motions in contemplation of a possible trial date in March, 2025. Subject to this Court's availability and convenience, the parties are available for and would propose a March 24, 2025 trial setting if that is acceptable to the Court.

8. In a September 25, 2024 Minute Order, this Court excluded time calculated pursuant to the Speedy Trial Act of 1984, 18 U.S.C. § 3161, *et seq.*, until December 31, 2024. In a separate filing, the parties intend to seek an order from this Court excluding additional Speedy Trial Act time in the interest of justice to accommodate the schedule proposed in this Joint Status Report.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney

By:

/s/*Karen Rochlin*
Karen Rochlin, AUSA
DC Bar No. 394447
Capitol Riot Detailee
99 N.E. 4th Street
Miami, Florida 33132
karen.rochlin@usdoj.gov
(786) 972-9045

/s/*Hilary Potashner, Esq.*
Stephen G. Larson, Esq.
Hilary Potashner, Esq.
555 South Flower Street, 30th Floor
Los Angeles, California 90071
(213) 205-2750
slarson@larsonllp.com
hpotashner@larsonllp.com