UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.                                    )   Criminal No. 21-0512 (PLF)<br>)<br>MATTHEW THOMAS PURSE,  )<br>)<br>Defendant.                  )<br>) | |

ORDER

Upon consideration of the United States' Motion to Dismiss Indictment with Prejudice Pursuant to Federal Rule of Criminal Procedure 48(a) [Dkt. No. 70], it is hereby

ORDERED that the United States' Motion to Dismiss Indictment with Prejudice Pursuant to Federal Rule of Criminal Procedure 48(a) [Dkt. No. 70] is GRANTED in part and DENIED in part; it is

FURTHER ORDERED that the case is hereby DISMISSED without prejudice; and it is

FURTHER ORDERED that all future deadlines and court appearances are VACATED.

The Clerk of Court is directed to terminate the case.

SO ORDERED.

DATE: January 22, 2025

Date: 2025.01.22
15:23:43 -05'00'

PAUL L. FRIEDMAN
United States District Judge